# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBET 31, 2017

## NO. 03-16-00732-CV

**Jose A. Perez, Appellant**

**v.**

**Physician Assistant Board and Margaret K Bentley, In her Individual and Official Capacities, Appellees**

### APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the final order and judgment signed by the trial court on November 16, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's final order and judgment. Therefore, the Court affirms the trial court's final order and judgment. The appellant shall pay all costs relating to this appeal, both in this Court and the court below.